IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 31 MR WCM

| ERIN OSMON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA and FNU ROBINSON | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by Russell R. Bowling. The Motion indicates that Mr. Bowling, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Erin Osmon, and that he seeks the admission of Jonathan Corbett, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 2) and **ADMITS** Jonathan Corbett to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 5, 2020

W. Carleton Metcalf
United States Magistrate Judge